UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THUY NGUYEN,

      Plaintiff,

vs.

SEQUOIA FINANCIAL SERVICES,

      Defendant.

Case No.: 2:17-cv-00039-PJW

NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff THUY NGUYEN, by and through her attorney of record, Rory C. Leisinger, Esq., hereby notifies the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff requests this Court dismiss the action with prejudice, both parties to bear own costs.

Dated: March 31, 2017

RESPECTFULLY SUBMITTED,

By: *Rory Leisinger*
Rory Leisinger, Esq.
118 N. Citrus Ave, Suite B
Covina , CA 91723
Tel: 626-290-2868
Rory@leisingerlaw.com
Attorney for Plaintiff,
Thuy Nguyen